DORIS ROUTT, APPELLEE, v. BROTHERHOOD OF RAILROAD TRAINMEN, APPELLANT.

FILED JULY 8, 1918.    No. 19503.

Opinion on motion for rehearing of case reported in 101 Neb. 763. *Former judgment of affirmance vacated, and judgment of district court reversed, and action dismissed.*

PER CURIAM.

For the reasons stated in the opinion in *Kane v. Brotherhood of Railroad Trainmen,* p. 645, *post,* the judgment of affirmance heretofore entered herein is set aside, the judgment of the district court is reversed, and the action dismissed.

REVERSED AND DISMISSED.

HAMER, J., dissents.